IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR438 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| TONIA STUART, | ) ) ) | |
| Defendant. | ) | |

This matter comes before the court to consider the government's motion for Rule 35 hearing. Filing No. 45. On the court's own motion, the Rule 35 hearing will be continued.

IT IS ORDERED that:

1. The hearing on the government's motion will be rescheduled by further order of the court.

2. **The Marshal is directed to return the defendant to the district for this hearing by April 2, 2007.**

DATED this 26th day of February, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge