IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONIA STUART, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, the court hereby orders that a pre-release study be conducted by the United States Probation Office to determine a pre-release plan for the defendant in this case.

DATED this 26th day of February, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge