IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONIA STUART, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that hearing on the government's motion for Rule 35 hearing (Filing No. 45) is rescheduled to **April 5, 2007, at 1:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant has previously been ordered returned to this district to be present at the hearing.

DATED this 9th day of March, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge